SEARCH WARRANT (REV. 3/13)

# UNITED STATES DISTRICT COURT
## *for the District of Arizona*

| | |
|---|---|
| ***In the Matter of the Search of***<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>Purple or silver colored Motorola cell phone, IMEI unknown – hereinafter, Target Device #1, or TD #1; and currently in the custody of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI").<br><br>USAO#: 2024R07801 | No.   24-01044MB<br><br>SEARCH WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS |

TO:     Any authorized law enforcement officer

Application and Affidavit having been made before me by a federal law enforcement officer, requesting the search of the following ☐ person or ☒ premises known as *(name, description and/or location)*:

**See Attachment, attached and incorporated by reference herein**

located in the District of Arizona is believed to conceal *(identify the person or describe the property to be seized)*:

**See Attachment, attached and incorporated by reference herein**

I find that the affidavit(s), and/or any recorded testimony, establish probable cause to search and seize the person or property described.

YOU ARE COMMANDED to execute this warrant on or before ___October 18, 2024___
*(not to exceed 14 days)*

☐     in the daytime 6:00 a.m. to 10:00 p.m.          ☒     at any time in the day or night as I find reasonable cause has been established.

You must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge who authorized this warrant.

Subscribed and Sworn to telephonically.

___October 4, 2024 at 2:08 p.m.___
*Date & Time Issued*

Tucson, Arizona
*City and State*

_____
*Judge's signature*

Honorable Eric J. Markovich, United States Magistrate Judge
*Printed name and title*

24-01044MB

## ATTACHMENT A

The property to be searched is:

1: **(1) purple or silver colored Motorola cell phone**, IMEI unknown – hereinafter, **Target Device #1**, or **TD #1**; and currently in the custody of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI").

 

24-01044MB

## ATTACHMENT B
## PARTICULAR THINGS TO BE SEIZED

1.   All records on **TD #1**, as described in Attachment A, that relate to violations of 21 U.S.C. §§ 952 and 846, and involve Aida GUERRERO and other known and unknow co-conspirators, including:

    a.   Cellular information: cellular numbers, cellular service providers, caller identifications displaying sent, received, dialed, and missed calls;

    b.   Text information: text messages received, sent, drafted, and deleted

    c.   Photographs: photographs taken, received, sent, saved, and deleted;

    d.   Videos: video taken, received, sent, saved, and deleted;

    e.   Audio: audio taken, received, shared, sent, saved and deleted;

    f.   Emails: emails sent, received, drafted, saved and deleted;

    g.   Contact information: telephone contact list displaying names, addresses, telephone numbers, and deleted information;

    h.   User attribution: evidence of user attribution showing who used or owned the telephones as described in Attachment A at the time things described in this warrant were created, edited, or deleted, such as logs, phone books, saved usernames and passwords, documents and browsing history;

    i.   Notes: all bank records, credit information, account information or other financial information and records;

    j.   Travel information: any information recording travel arrangements during the time period set forth in the Affidavit and until the present;

    k.   Internet: records of Internet Protocol addresses used, and any records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses; and

l.    Records pertaining to financial transactions derived from the drug-trafficking activity.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage and any photographic form.

2.    In some cases, the Target Smartphone may be damaged beyond repair, password protected, or otherwise inoperable, and less invasive data analysis techniques will not accomplish the forensic goals of the examination. In these cases, an analysis technique referred to as "chip-off" may be implemented to conduct the data extraction process.  Chip-off is an advanced digital data extraction and analysis technique which involves physically removing flash memory chips from a subject device and then acquiring the raw data using specialized equipment.  This process renders the wireless communication device unusable.

2

SEARCH WARRANT RETURN (REV. 03/13)

## RETURN

Case No.: 24-01044MB

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| | | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

## NOT EXECUTED

❑   This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: _____

_____
Executing Officer's Signature

_____
Printed Name and Title

# UNITED STATES DISTRICT COURT
## *for the District of Arizona*

| | |
|---|---|
| *In the Matter of the Search of*<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>Purple or silver colored Motorola cell phone, IMEI unknown – hereinafter, Target Device #1, or TD #1; and currently in the custody of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI").<br><br>USAO#: 2024R07801 | No.   24-01044MB<br><br>APPLICATION FOR SEARCH WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS |

I, Wann Reed, a federal law enforcement officer, request a search warrant and state under penalty of perjury that I have reason to believe that ☐ on the person of or ☒ on the premises known as *(name, description and/or location)*:

**See Attachment, attached and incorporated by reference herein**

located in the District of Arizona there is now concealed *(identify the person or describe the property to be seized)*:

**See Attachment, attached and incorporated by reference herein**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of 21 U.S.C. §§ 952, 21 U.S.C. § 846.

The application is based on these facts:

**See attached Affidavit incorporated by reference herein.**

Digitally signed by ANSHUL KRISHN
Date: 2024.10.04 13:35:43 -07'00'

Reviewed by AUSA Anshul Krishn
*AUSA printed last name and inked initials*

WANN L REED   Digitally signed by WANN L REED
Date: 2024.10.04 13:23:03 -07'00'

_____
*Applicant's signature*
Wann Reed, Special Agent
*Printed name and title*

Subscribed and Sworn to telephonically.

October 8, 2024
*Date*

Tucson, Arizona
*City and State*

_____
*Judge's signature*
Honorable Eric J. Markovich, United States Magistrate Judge
*Printed name and title*